

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David E. Sklar (Attorney ID 065882013)
*Counsel for Debtor*

Order Filed on December 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In re: <br><br> MONICA KOSTADINOV <br><br> Debtor. | Chapter 13 <br><br> Case No.  18-23432-VFP <br><br> Hearing Date: December 6, 2018 |
|---|---|

### ORDER GRANTING THE DEBTOR A COMFORT ORDER
### DECLARING POST-PETITION FORECLOSURE SALE AS VOID
### AS A MATTER OF LAW

The relief set forth on the following page, numbered two (2), is hereby

**ORDERED.**

**DATED: December 14, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Monica Kostadinov

Case No.: 18-23432-VFP

Caption of Order: **ORDER GRANTING THE DEBTOR A COMFORT ORDER DECLARING POST-PETITION FORECLOSURE SALE AS VOID AS A MATTER OF LAW**

Page 2 of 2

**THIS MATTER** having been brought before the Court by the Debtor Monica Kostadinov, by and through her counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, for entry of a Comfort Order Declaring the Post-Petition Foreclosure Sale of the Debtor's real property located at 77 Palmer Drive, Livingston, New Jersey (the "Property") which occurred on July 3, 2018 (the "Post-Petition Sale") as void as a matter of law pursuant to 11 U.S.C. § 362 and the Court having considered the papers submitted and the arguments of counsel; and due notice having been given; and for good cause shown,

**IT IS hereby ORDERED:**

1. The Post-Petition Sale is hereby declared to be void as a matter of law pursuant to 11 U.S.C. § 362 making any claim of ownership of the Property resulting from the Post-Petition Sale void and/or invalid as a matter of law.