**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David E. Sklar (Attorney ID 065882013)
*Counsel for Debtor*

**Order Filed on December 14, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>MONICA KOSTADINOV<br><br>              Debtor. | Chapter 13<br><br>Case No.  18-23432-VFP<br><br>Hearing Date: December 6, 2018 |

### ORDER GRANTING THE DEBTOR A COMFORT ORDER
### DECLARING POST-PETITION FORECLOSURE SALE AS VOID
### AS A MATTER OF LAW

The relief set forth on the following page, numbered two (2), is hereby

**ORDERED.**

**DATED: December 14, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Monica Kostadinov

Case No.: 18-23432-VFP

Caption of Order: **ORDER GRANTING THE DEBTOR A COMFORT ORDER DECLARING POST-PETITION FORECLOSURE SALE AS VOID AS A MATTER OF LAW**

Page 2 of 2

**THIS MATTER** having been brought before the Court by the Debtor Monica Kostadinov, by and through her counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, for entry of a Comfort Order Declaring the Post-Petition Foreclosure Sale of the Debtor's real property located at 77 Palmer Drive, Livingston, New Jersey (the "Property") which occurred on July 3, 2018 (the "Post-Petition Sale") as void as a matter of law pursuant to 11 U.S.C. § 362 and the Court having considered the papers submitted and the arguments of counsel; and due notice having been given; and for good cause shown,

**IT IS hereby ORDERED:**

1. The Post-Petition Sale is hereby declared to be void as a matter of law pursuant to 11 U.S.C. § 362 making any claim of ownership of the Property resulting from the Post-Petition Sale void and/or invalid as a matter of law.

United States Bankruptcy Court
District of New Jersey

In re:  
MONICA KOSTADINOV  
      Debtor

Case No. 18-23432-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Dec 17, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.
```
db             +MONICA KOSTADINOV,    77 PALMER DRIVE,    Livingston, NJ 07039-1314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2018 at the address(es) listed below:
```
              Adam S. Kessler    on behalf of Unknown Role Type    77 Palmer LLC akessler@kesslerlaw.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank NA cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              David E. Sklar    on behalf of Debtor MONICA   KOSTADINOV dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              David L. Stevens    on behalf of Debtor MONICA   KOSTADINOV dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Laura M. Egerman    on behalf of Creditor    US Bank Trust , NA bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust
               rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```