Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−23432−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MONICA KOSTADINOV
   aka Monica Zuniga
   77 PALMER DRIVE
   Livingston, NJ 07039

Social Security No.:
   xxx−xx−8798

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/27/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 27, 2018
JAN: mcp

                                          Jeanne Naughton
                                          Clerk

```
                                      United States Bankruptcy Court
                                            District of New Jersey
In re:                                                                       Case No. 18-23432-VFP
   MONICA KOSTADINOV                                                         Chapter 13
           Debtor                         CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 3                  Date Rcvd: Dec 27, 2018
                               Form ID: 148                 Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2018.
db             +MONICA KOSTADINOV,    77 PALMER DRIVE,    Livingston, NJ 07039-1314
none           +77 Palmer LLC,    c/o Kessler Law, LLC,    354 Eisenhower Parkway,    Plaza I, Suite 2250,
                 Livingston, NJ 07039,    UNITED STATES OF AMERICA 07039-1022
cr             +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o Stern & Eisenberg, PC,
                 1040 N. Kings Highway,    Suite 407,   Cherry Hill, NJ 08034-1925
cr             +US Bank Trust , NA,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.suite # 100,
                 Boca Raton, FL 33487-2853
517827499      +A/R Solutions,    1105 Schrock Road,    Ste. 502,   Columbus, OH 43229-1174
517827503      +ARS,   PO Box 459079,    Fort Lauderdale, FL 33345-9079
517628343      +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
517823102      +Alejandro Pacheco,    c/o David E. Gray, Esq.,    9 Alexandria Drive,
                 East Hanover, NJ 07936-2407
517645919      +Alpha Health Associates, LLC.,    c/o Pressler, Felt & Warshaw, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
517823103      +Antonio Hernandez,    798 Mt. Prospect Ave.,    Apt. 3,   Newark, NJ 07104-3223
517823104      +Artisan Bakers Group, LLC,    c/o Indik & McNamara,    1100 Cornwall Road,    Ste. 203,
                 Monmouth Junction, NJ 08852-2441
517827505      +Awa Collections,    100 Church Street,    Dickson, TN 37055-1826
517628344      +Awa Collections,    Attn: Banrkuptcy,    100 Church Street,    Diskson, TN 37055-1826
517827507      +Caliber Home Loans, Inc.,    PO Box 24610,    Oklahoma City, OK 73124-0610
517816236      +Citibank, N.A.,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
517816237      +Citibank, N.A.,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,    Carrollton, TX 75006,
                 Citibank, N.A.,    Fay Servicing, LLC 75006-3357
517827509      +EOS CCA,    PO Box 439,    Norwell, MA 02061-0439
517823105      +Emamelle Ferreira Souza,    280 Keanry Ave.,    Apt. 3,   Kearny, NJ 07032-2505
517628347      +Eos Cca,    Attn: Bankruptcy,    Po Box 329,    Norwell, MA 02061-0329
517823106      +Felipe Franca,    280 Keanry Ave.,    Apt. 2,   Kearny, NJ 07032-2505
517823108      +Glenda Hernandez,    798 Mt. Prospect Ave.,    Apt. 2,   Newark, NJ 07104-3223
517823109      +Karla Gomez & Dana's Restaurant,    798 Mt. Prospect Ave.,    1st Floor,   Newark, NJ 07104-3223
517823110      +Michael Ruane,    8 Maple Lane,    Essex Fells, NJ 07021-1002
517628349      +N J L & P S Credit Un,    225 E State St # Cn169,    Trenton, NJ 08608-1800
517823111      +Pilar Benitez,    280 Keanry Ave.,    Apt. 1,   Kearny, NJ 07032-2505
517823112      +Pressler, Felt & Washaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517660184      +Summit Medical,    Simon's Agency Inc,    PO Box 5026,    Syracuse NY 13220-5026
517768413      +US Bank Trust N.A,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 23:24:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 23:24:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: DRIV.COM Dec 28 2018 03:43:00      Santander Consumer USA Inc.,    PO Box 961245,
                 Fort Worth, TX 76161-0244
cr             +EDI: RMSC.COM Dec 28 2018 03:43:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517628341      +E-mail/Text: bankruptcies@amerassist.com Dec 27 2018 23:25:55      AmerAssist A/R Solutions,
                 Attn: Bankruptcy,    1105 Schrock Rd, Ste 502,    Columbus, OH 43229-1174
517744310       EDI: BECKLEE.COM Dec 28 2018 03:43:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517628342      +EDI: AMEREXPR.COM Dec 28 2018 03:43:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
517827501      +EDI: AMEREXPR.COM Dec 28 2018 03:43:00      Amex,    PO Box 297871,
                 Fort Lauderdale, FL 33329-7871
517628345       EDI: BANKAMER.COM Dec 28 2018 03:43:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
517823107       EDI: BANKAMER.COM Dec 28 2018 03:43:00      FIA Card Services, N.A.,    4161 Piedmont Parkway,
                 Greensboro, NC 27410
517827506      +EDI: BANKAMER2.COM Dec 28 2018 03:43:00      Bank of America,    100 North Tryon Street,
                 Charlotte, NC 28255-0001
517628346      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 27 2018 23:25:50      Caliber Home Loans,
                 Attn: Cash Operations,    Po Box 24330,    Oklahoma City, OK 73124-0330
517628348      +EDI: IIC9.COM Dec 28 2018 03:43:00      I C System Inc,    444 Highway 96 East,    P.O. Box 64378,
                 St. Paul, MN 55164-0378
517827514      +EDI: IIC9.COM Dec 28 2018 03:43:00      IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
517747833      +EDI: MID8.COM Dec 28 2018 03:43:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517628350      +E-mail/Text: bankruptcy@onlineis.com Dec 27 2018 23:25:23      Online Collections,    Po Box 1489,
                 Winterville, NC 28590-1489
517743028       EDI: PRA.COM Dec 28 2018 03:43:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
517693630      +EDI: DRIV.COM Dec 28 2018 03:43:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
```

```
District/off: 0312-2           User: admin              Page 2 of 3              Date Rcvd: Dec 27, 2018
                               Form ID: 148             Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517628352      +E-mail/Text: bankruptcy@savit.com Dec 27 2018 23:25:45       SaVit Collection Agency,
                Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
517628351      +EDI: DRIV.COM Dec 28 2018 03:43:00       Santander Consumer USA,    Po Box 961245,
                Ft Worth, TX 76161-0244
517827521      +E-mail/Text: bankruptcy@savit.com Dec 27 2018 23:25:45       Savit Collection Agency,
                PO Box 250,    East Brunswick, NJ 08816-0250
517827522      +E-mail/Text: clientservices@simonsagency.com Dec 27 2018 23:25:35       Simon's Agency,
                4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
517628353      +E-mail/Text: clientservices@simonsagency.com Dec 27 2018 23:25:35       Simons Agency, Inc.,
                Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
517629486      +EDI: RMSC.COM Dec 28 2018 03:43:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517710332      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 27 2018 23:25:50
                U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o Caliber Home Loans,
                13801 Wireless Way,    Oklahoma City, OK 73134-2500
517746326      +EDI: AIS.COM Dec 28 2018 03:43:00       Verizon,   by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517827523      +EDI: WFFC.COM Dec 28 2018 03:43:00       Wells Fargo Bank,    PO Box 14517,
                Des Moines, IA 50306-3517
517655336       EDI: WFFC.COM Dec 28 2018 03:43:00       Wells Fargo Bank N.A.,
                1000 Blue Gentian Road   N9286-01Y,    Eagan, MN 55121-7700
517719240       EDI: WFFC.COM Dec 28 2018 03:43:00       Wells Fargo Bank, N.A.,    1000 Blue Gentian Road,
                Eagan MN 55121-7700
517628354      +EDI: WFFC.COM Dec 28 2018 03:43:00       Wells Fargo Home Mor,    Attn: Bankruptcy Department,
                8480 Stagecoach Cir.,    Frederick, MD 21701-4747
                                                                                               TOTAL: 30

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517710331       U.S. Bank Trust, N.A., as Trustee for LSF9 Master
517827500*     +Alejandro Pacheco,    c/o David E. Gray, Esq.,    9 Alexandria Drive,
                East Hanover, NJ 07936-2407
517827502*     +Antonio Hernandez,    798 Mt. Prospect Ave.,    Apt. 3,    Newark, NJ 07104-3223
517827504*     +Artisan Bakers Group, LLC,    c/o Indik & McNamara,    1100 Cornwall Road,    Ste. 203,
                Monmouth Junction, NJ 08852-2441
517827511*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  FIA Card Services, N.A.,    4161 Piedmont Parkway,
                Greensboro, NC 27410)
517827508*     +Emamelle Ferreira Souza,    280 Keanry Ave.,    Apt. 3,    Kearny, NJ 07032-2505
517827510*     +Felipe Franca,    280 Keanry Ave.,    Apt. 2,    Kearny, NJ 07032-2505
517827512*     +Glenda Hernandez,    798 Mt. Prospect Ave.,    Apt. 2,    Newark, NJ 07104-3223
517827513*     +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517827515*     +Karla Gomez & Dana's Restaurant,    798 Mt. Prospect Ave.,    1st Floor,    Newark, NJ 07104-3223
517827516*     +Michael Ruane,    8 Maple Lane,    Essex Fells, NJ 07021-1002
517827517*     +Online Collections,    PO Box 1489,    Winterville, NC 28590-1489
517827518*     +Pilar Benitez,    280 Keanry Ave.,    Apt. 1,    Kearny, NJ 07032-2505
517827519*     +Pressler, Felt & Washaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517693632*     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517827520*     +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
                                                                                        TOTALS: 1, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                                    Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2            User: admin                   Page 3 of 3                   Date Rcvd: Dec 27, 2018
                                Form ID: 148                  Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2018 at the address(es) listed below:

        Adam S. Kessler   on behalf of Unknown Role Type   77 Palmer LLC akessler@kesslerlaw.com
        Charles G. Wohlrab   on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@logs.com,
        njbankruptcynotifications@logs.com
        Charles G. Wohlrab   on behalf of Creditor   Wells Fargo Bank NA cwohlrab@logs.com,
        njbankruptcynotifications@logs.com
        David E. Sklar   on behalf of Debtor MONICA  KOSTADINOV dsklar@scuramealey.com,
        ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
        David L. Stevens   on behalf of Debtor MONICA  KOSTADINOV dstevens@scuramealey.com,
        ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
        John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
        mortoncraigecf@gmail.com
        Laura M. Egerman   on behalf of Creditor   US Bank Trust , NA bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
        Laura M. Egerman   on behalf of Creditor   Citibank, N.A., as Trustee for CMLTI Asset Trust
        bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
        Marie-Ann  Greenberg   magecf@magtrustee.com
        Rebecca Ann Solarz   on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust
        rsolarz@kmllawgroup.com
        Steven P. Kelly   on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF9 Master
        Participation Trust skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                              TOTAL: 12