Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−23432−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MONICA KOSTADINOV
   aka Monica Zuniga
   77 PALMER DRIVE
   Livingston, NJ 07039

Social Security No.:
   xxx−xx−8798

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:     2/7/19
Time:     02:00 PM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens

COMMISSION OR FEES
$10,502.75

EXPENSES
$282.29

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: January 3, 2019
JAN:

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                 Case No. 18-23432-VFP
MONICA KOSTADINOV                                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                  Page 1 of 3                  Date Rcvd: Jan 03, 2019
                               Form ID: 137                 Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2019.
```
db              +MONICA KOSTADINOV,    77 PALMER DRIVE,    Livingston, NJ 07039-1314
none            +77 Palmer LLC,    c/o Kessler Law, LLC,    354 Eisenhower Parkway,    Plaza I, Suite 2250,
                  Livingston, NJ 07039,    UNITED STATES OF AMERICA 07039-1022
cr              +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
cr              +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o Stern & Eisenberg, PC,
                  1040 N. Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
cr              +US Bank Trust , NA,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.suite # 100,
                  Boca Raton, FL 33487-2853
517827499       +A/R Solutions,    1105 Schrock Road,   Ste. 502,    Columbus, OH 43229-1174
517827503       +ARS,   PO Box 459079,    Fort Lauderdale, FL 33345-9079
517628343       +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
517823102       +Alejandro Pacheco,    c/o David E. Gray, Esq.,    9 Alexandria Drive,
                  East Hanover, NJ 07936-2407
517645919       +Alpha Health Associates, LLC.,    c/o Pressler, Felt & Warshaw, LLP.,    7 Entin Road,
                  Parsippany NJ 07054-5020
517744310        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern PA 19355-0701
517827501       +Amex,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
517628342       +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
517823103       +Antonio Hernandez,    798 Mt. Prospect Ave.,    Apt. 3,    Newark, NJ 07104-3223
517823104       +Artisan Bakers Group, LLC,    c/o Indik & McNamara,    1100 Cornwall Road,    Ste. 203,
                  Monmouth Junction, NJ 08852-2441
517827505       +Awa Collections,    100 Church Street,    Dickson, TN 37055-1826
517628344       +Awa Collections,    Attn: Banrkuptcy,    100 Church Street,    Diskson, TN 37055-1826
517628345      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,      Attn: Bankruptcy,    Po Box 982238,
                  El Paso, TX 79998)
517827506       +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
517827507       +Caliber Home Loans, Inc.,    PO Box 24610,    Oklahoma City, OK 73124-0610
517816236       +Citibank, N.A.,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
517816237       +Citibank, N.A.,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,    Carrollton, TX 75006,
                  Citibank, N.A.,    Fay Servicing, LLC 75006-3357
517827509       +EOS CCA,   PO Box 439,    Norwell, MA 02061-0439
517823105       +Emamelle Ferreira Souza,    280 Keanry Ave.,    Apt. 3,    Kearny, NJ 07032-2505
517628347       +Eos Cca,   Attn: Bankruptcy,    Po Box 329,    Norwell, MA 02061-0329
517823106       +Felipe Franca,    280 Keanry Ave.,    Apt. 2,    Kearny, NJ 07032-2505
517823108       +Glenda Hernandez,    798 Mt. Prospect Ave.,    Apt. 2,    Newark, NJ 07104-3223
517628348       +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517827514       +IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
517823109       +Karla Gomez & Dana's Restaurant,    798 Mt. Prospect Ave.,    1st Floor,    Newark, NJ 07104-3223
517823110       +Michael Ruane,    8 Maple Lane,    Essex Fells, NJ 07021-1002
517628349       +N J L & P S Credit Un,    225 E State St # Cn169,    Trenton, NJ 08608-1800
517823111       +Pilar Benitez,    280 Keanry Ave.,    Apt. 1,    Kearny, NJ 07032-2505
517823112       +Pressler, Felt & Washaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517693630       +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517628351       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
517660184       +Summit Medical,    Simon's Agency Inc,    PO Box 5026,    Syracuse NY 13220-5026
517768413       +US Bank Trust N.A,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
517827523       +Wells Fargo Bank,    PO Box 14517,    Des Moines, IA 50306-3517
517655336        Wells Fargo Bank N.A.,    1000 Blue Gentian Road N9286-01Y,    Eagan, MN 55121-7700
517719240        Wells Fargo Bank, N.A.,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517628354       +Wells Fargo Home Mor,    Attn: Bankruptcy Department,    8480 Stagecoach Cir.,
                  Frederick, MD 21701-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2019 00:43:24      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2019 00:43:22      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2019 00:40:14
                  Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517628341       +E-mail/Text: bankruptcies@amerassist.com Jan 04 2019 00:44:32      AmerAssist A/R Solutions,
                  Attn: Bankruptcy,    1105 Schrock Rd, Ste 502,    Columbus, OH 43229-1174
517628346       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jan 04 2019 00:44:24      Caliber Home Loans,
                  Attn: Cash Operations,    Po Box 24330,    Oklahoma City, OK 73124-0330
517747833       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 04 2019 00:43:21      Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
517628350       +E-mail/Text: bankruptcy@onlineis.com Jan 04 2019 00:43:53      Online Collections,    Po Box 1489,
                  Winterville, NC 28590-1489
517743028        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2019 00:41:37
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-2           User: admin                  Page 2 of 3                   Date Rcvd: Jan 03, 2019
                               Form ID: 137                 Total Noticed: 57


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517628352      +E-mail/Text: bankruptcy@savit.com Jan 04 2019 00:44:20      SaVit Collection Agency,
                 Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
517827521      +E-mail/Text: bankruptcy@savit.com Jan 04 2019 00:44:20      Savit Collection Agency,
                 PO Box 250,    East Brunswick, NJ 08816-0250
517827522      +E-mail/Text: clientservices@simonsagency.com Jan 04 2019 00:44:08      Simon's Agency,
                 4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
517628353      +E-mail/Text: clientservices@simonsagency.com Jan 04 2019 00:44:08      Simons Agency, Inc.,
                 Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
517629486      +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2019 00:40:47      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517710332      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jan 04 2019 00:44:24
                 U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o Caliber Home Loans,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
517746326      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 04 2019 00:52:19      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517710331       U.S. Bank Trust, N.A., as Trustee for LSF9 Master
517827500*     +Alejandro Pacheco,    c/o David E. Gray, Esq.,    9 Alexandria Drive,
                 East Hanover, NJ 07936-2407
517827502*     +Antonio Hernandez,    798 Mt. Prospect Ave.,    Apt. 3,    Newark, NJ 07104-3223
517827504*     +Artisan Bakers Group, LLC,    c/o Indik & McNamara,    1100 Cornwall Road,    Ste. 203,
                 Monmouth Junction, NJ 08852-2441
517823107*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: FIA Card Services, N.A.,    4161 Piedmont Parkway,
                 Greensboro, NC 27410)
517827511*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: FIA Card Services, N.A.,    4161 Piedmont Parkway,
                 Greensboro, NC 27410)
517827508*     +Emamelle Ferreira Souza,    280 Keanry Ave.,    Apt. 3,    Kearny, NJ 07032-2505
517827510*     +Felipe Franca,    280 Keanry Ave.,    Apt. 2,    Kearny, NJ 07032-2505
517827512*     +Glenda Hernandez,    798 Mt. Prospect Ave.,    Apt. 2,    Newark, NJ 07104-3223
517827513*     +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517827515*     +Karla Gomez & Dana's Restaurant,    798 Mt. Prospect Ave.,    1st Floor,    Newark, NJ 07104-3223
517827516*     +Michael Ruane,    8 Maple Lane,    Essex Fells, NJ 07021-1002
517827517*     +Online Collections,    PO Box 1489,    Winterville, NC 28590-1489
517827518*     +Pilar Benitez,    280 Keanry Ave.,    Apt. 1,    Kearny, NJ 07032-2505
517827519*     +Pressler, Felt & Washaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517693632*     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517827520*     +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
                                                                                      TOTALS: 1, * 16, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 1, 2019 at the address(es) listed below:
              Adam S. Kessler    on behalf of Unknown Role Type    77 Palmer LLC akessler@kesslerlaw.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank NA cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              David E. Sklar    on behalf of Debtor MONICA   KOSTADINOV dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3                Date Rcvd: Jan 03, 2019
                              Form ID: 137             Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    David L. Stevens    on behalf of Debtor MONICA  KOSTADINOV dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
    John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
    Laura M. Egerman    on behalf of Creditor    US Bank Trust , NA bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
    Laura M. Egerman    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
    Marie-Ann  Greenberg    magecf@magtrustee.com
    Rebecca Ann Solarz    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust rsolarz@kmllawgroup.com
    Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                          TOTAL: 12